**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6034**

_____

FRANCIS CURTIS DAVIS, a/k/a Abdul-Malik As-Salafi,

        Petitioner - Appellant,

    v.

WARDEN BROWN,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00082-GMG-RWT)

_____

Submitted:  July 16, 2026                            Decided:  July 20, 2026

_____

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Francis Curtis Davis, Appellant Pro Se.  Jordan Vincent Palmer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Francis Curtis Davis, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 petition, in which he challenged the execution of his sentence. Davis has also filed motions to expedite the decision. We have reviewed the record and find no reversible error. Accordingly, we deny Davis's motions to expedite his case and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*